UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                        :
UNITED STATES OF AMERICA *et al. ex rel.* :
JIMMIE H. LENZ *et al.*,                                 :
                                                        :
                                Plaintiffs,     :          19-CV-7241 (VSB)
                                                        :
                -v-                             :          **ORDER**
                                                        :
WELLS FARGO & CO. *et al.*,                              :
                                                        :
                                Defendants.     :
                                                        :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On August 8, 2025, the Government declined to intervene in the instant matter.  On August 11, 2025, this Court issued an order clarifying that the case seal would expire on September 10, 2025.  On September 9, 2025, the Court granted Plaintiff-Relators' request to extend the seal by 45 days.  On October 27, 2025, Plaintiff-Relators filed an amended complaint, and the Court granted a 60-day sealing extension of the case.  This sealing extension expired on February 7, 2026, and both Plaintiff-Relators and the Government have represented that they do not intend to seek an extension of the sealing order.

Accordingly, it is hereby ORDERED that the Clerk of Court is respectfully directed to unseal the Complaint, the First Amended Complaint, the Government's August 8, 2025 Notice of Decision to Decline Intervention, and the state's Notice of Decision to Decline Intervention in this matter, and to permit the filing of all documents related to this case on the court's Electronic Case Filing ("ECF") system going forward.  Service of the Complaint and Amended Complaint upon the Defendants by Plaintiff-Relators is authorized as of today's date.  Moreover, Plaintiff-Relators will serve Defendants this Order and the Notices of Decision only after service of

the Complaint and Amended Complaint.

SO ORDERED.

Dated:        March 16, 2026
              New York, New York

Vernon S. Broderick
United States District Judge