UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA *et al. ex rel.*
JIMMIE H. LENZ *et al.*,

        Plaintiffs,

        v.

WELLS FARGO & CO. *et al.*,

        Defendants.

19 Civ. 7241 (VSB)

## ORDER

The United States of America having now declined to intervene pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), with respect to the claims raised in the complaint filed by the relators in the above-caption action;

IT IS ORDERED THAT,

1.    The complaint shall be unsealed thirty days after entry of this Order and, in the event that the relators have not moved to dismiss the action, service upon the defendants by the relators is authorized as of that date. If the relators voluntarily dismiss the complaint pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure within this thirty-day period, the relators may seek to modify this Order with the consent of the United States or by motion on notice to the United States.

2.    All documents filed in this action prior to the entry of this Order shall remain under seal and not be made public, except for, thirty days after entry of this Order, the relators' complaint, this Order, and the Government's Notice of Decision to Decline Intervention (the "Notice of Decision"). The relators will serve upon the defendants this Order and the Notice of Decision only after service of the complaint.

3.      Upon the unsealing of the complaint, the seal shall be lifted as to all other matters occurring in this action after the date of this Order.

4.      The parties shall serve all pleadings, motions, and notices of appeal filed in this matter, including supporting memoranda, upon the United States. The United States may order any transcripts of depositions. The United States may seek to intervene with respect to the allegations in the relators' complaint, for good cause, at any time, and may seek dismissal of this action after intervention.

5.      All orders of this Court in this matter shall be sent to the United States by the relators.

6.      Should the relators propose that the complaint or any of its allegations be dismissed, settled, or otherwise discontinued, or that any defendant be dismissed from the case, the relators must solicit the written consent of the United States before applying for Court approval.

Dated: New York, New York

**SO ORDERED:**

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

Date: August 11, 2025